# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gan, Scott H. | United States Bankruptcy Court-Arizona | 11/04/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge-Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 1/1/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

James A. Walsh Courthouse
38 South Scott Avenue
Tucson, AZ 85701-1704

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust#1 |
| 2. | Trustee | Truste #2A |
| 3. | Trustee | Trust #2B |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2015 | Mesch, Clark & Rothschild, PC-Agreed upon payment for fees to be collected in the future-no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 11/04/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | September 10-12, 2015 | Las Vegas, NV | speaker, attended conference | lodging, transportation, meals |
| 2. | American Bankruptcy Institute | December 3 - 5, 2015 | Phoenix, Az | speaker, attended conference | lodging, transportation, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 11/04/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 11/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TRUST #1 | | | | | | | | | |
| 2. -Dreyfus Cash Management Administrative Shares | None | L | T | | Buy (add'l) | 01/02/15 | J | | |
| 3. | | | | | Buy (add'l) | 01/06/15 | J | | |
| 4. | | | | | Buy (add'l) | 01/13/15 | K | | |
| 5. | | | | | Sold (part) | 01/02/15 | J | | |
| 6. | | | | | Sold (part) | 01/30/15 | M | | |
| 7. | | | | | Buy (add'l) | 02/04/15 | J | | |
| 8. | | | | | Buy (add'l) | 01/09/15 | J | | |
| 9. | | | | | Buy (add'l) | 02/10/15 | J | | |
| 10. | | | | | Buy (add'l) | 02/13/15 | J | | |
| 11. | | | | | Buy (add'l) | 02/20/15 | J | | |
| 12. | | | | | Sold (part) | 02/02/15 | K | | |
| 13. | | | | | Sold (part) | 02/25/15 | J | | |
| 14. | | | | | Buy (add'l) | 03/04/15 | K | | |
| 15. | | | | | Buy (add'l) | 03/09/15 | J | | |
| 16. | | | | | Buy (add'l) | 03/10/15 | K | | |
| 17. | | | | | Buy (add'l) | 03/13/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 11/04/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 04/09/15 | J | | |
| 19. | | | | | Buy (add'l) | 04/20/15 | J | | |
| 20. | | | | | Buy (add'l) | 04/21/15 | J | | |
| 21. | | | | | Sold (part) | 04/01/15 | K | | |
| 22. | | | | | Sold (part) | 04/28/15 | L | | |
| 23. | | | | | Sold (part) | 04/30/15 | L | | |
| 24. | | | | | Buy (add'l) | 05/08/15 | J | | |
| 25. | | | | | Buy (add'l) | 05/11/15 | J | | |
| 26. | | | | | Buy (add'l) | 05/12/15 | J | | |
| 27. | | | | | Buy (add'l) | 05/14/15 | L | | |
| 28. | | | | | Buy (add'l) | 05/15/15 | J | | |
| 29. | | | | | Buy (add'l) | 05/20/15 | J | | |
| 30. | | | | | Buy (add'l) | 05/21/15 | J | | |
| 31. | | | | | Buy (add'l) | 05/29/15 | J | | |
| 32. | | | | | Buy (add'l) | 06/02/15 | J | | |
| 33. | | | | | Buy (add'l) | 06/03/15 | K | | |
| 34. | | | | | Buy (add'l) | 06/05/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 11/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 06/08/15 | J | | |
| 36. | | | | | Buy (add'l) | 06/11/15 | J | | |
| 37. | | | | | Buy (add'l) | 06/12/15 | J | | |
| 38. | | | | | Buy (add'l) | 06/16/15 | K | | |
| 39. | | | | | Buy (add'l) | 06/19/15 | K | | |
| 40. | | | | | Sold (part) | 06/09/15 | J | | |
| 41. | | | | | Sold (part) | 06/30/15 | J | | |
| 42. | | | | | Buy (add'l) | 07/20/15 | K | | |
| 43. | | | | | Sold (part) | 07/01/15 | L | | |
| 44. | | | | | Sold (part) | 07/07/15 | K | | |
| 45. | | | | | Sold (part) | 07/09/15 | J | | |
| 46. | | | | | Sold (part) | 07/10/15 | J | | |
| 47. | | | | | Sold (part) | 07/16/15 | K | | |
| 48. | | | | | Buy (add'l) | 08/04/15 | J | | |
| 49. | | | | | Buy (add'l) | 08/10/15 | J | | |
| 50. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 51. | | | | | Buy (add'l) | 08/20/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 11/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 08/25/15 | K | | |
| 53. | | | | | Sold (part) | 08/11/15 | K | | |
| 54. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 55. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 56. | | | | | Buy (add'l) | 09/03/15 | J | | |
| 57. | | | | | Buy (add'l) | 09/08/15 | J | | |
| 58. | | | | | Buy (add'l) | 09/09/15 | K | | |
| 59. | | | | | Buy (add'l) | 09/11/15 | J | | |
| 60. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 61. | | | | | Buy (add'l) | 09/28/15 | J | | |
| 62. | | | | | Sold (part) | 09/15/15 | K | | |
| 63. | | | | | Buy (add'l) | 10/01/15 | J | | |
| 64. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 65. | | | | | Buy (add'l) | 10/08/15 | J | | |
| 66. | | | | | Buy (add'l) | 10/30/15 | K | | |
| 67. | | | | | Sold (part) | 10/02/15 | J | | |
| 68. | | | | | Sold (part) | 10/14/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 11/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 10/27/15 | J | | |
| 70. | | | | | Buy (add'l) | 11/03/15 | J | | |
| 71. | | | | | Buy (add'l) | 11/09/15 | J | | |
| 72. | | | | | Buy (add'l) | 11/10/15 | J | | |
| 73. | | | | | Buy (add'l) | 11/13/15 | J | | |
| 74. | | | | | Buy (add'l) | 11/19/15 | J | | |
| 75. | | | | | Buy (add'l) | 12/02/15 | J | | |
| 76. | | | | | Buy (add'l) | 12/08/15 | J | | |
| 77. | | | | | Buy (add'l) | 12/11/15 | J | | |
| 78. | | | | | Buy (add'l) | 12/16/15 | J | | |
| 79. | | | | | Buy (add'l) | 12/17/15 | K | | |
| 80. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 81. | | | | | Buy (add'l) | 12/29/15 | J | | |
| 82. | | | | | Buy (add'l) | 12/31/15 | J | | |
| 83. | | | | | Sold (part) | 12/21/15 | L | | |
| 84. | | | | | Sold (part) | 12/23/15 | J | | |
| 85. -Avago Technologies Limited (common stock) | E | Dividend | K | T | Sold (part) | 02/26/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 11/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 06/01/15 | J | | |
| 87. | | | | | Buy (add'l) | 09/10/15 | K | | |
| 88. -Alp Alerian Mlp Etf | B | Dividend | J | T | Buy (add'l) | 01/27/15 | K | | |
| 89. | | | | | Sold (part) | 11/19/15 | J | | |
| 90. -Apple Inc (common stock) | B | Dividend | L | T | | | | | |
| 91. -Alibaba Group Holding Ltd Spons Ads | | None | J | T | Buy | 03/04/15 | K | | |
| 92. | | | | | Sold (part) | 08/26/15 | J | | |
| 93. -Allergan PLC | | None | L | T | Buy | 06/25/15 | J | | |
| 94. | | | | | Buy (add'l) | 12/16/15 | K | | |
| 95. -Amsurg Corp | | None | K | T | Buy | 07/13/15 | K | | |
| 96. -Boeing Company (common stovck) | C | Dividend | | | Sold (part) | 05/08/15 | K | | |
| 97. | | | | | Sold | 05/22/15 | J | | |
| 98. -Cemex A B De CV Spons Adr New Reps Ten Ord Participation Cer ts | A | Dividend | | | Sold | 09/11/15 | J | | |
| 99. -Claymore Guggenheim China Small Cap Ete | C | Dividend | J | T | Sold (part) | 05/08/15 | J | | |
| 100. -Cooper Cos Inc New | | None | | | Sold | 11/19/15 | J | | |
| 101. -Corrections Corp Amer | A | Dividend | | | Sold | 10/08/15 | J | | |
| 102. -Covenant Transportation Group Inc Class A | | None | | | Buy | 03/27/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 11/04/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 03/27/15 | J | | |
| 104. | | | | | Sold (part) | 12/10/15 | J | | |
| 105. | | | | | Sold (part) | 12/10/15 | J | | |
| 106. | | | | | Sold | 12/10/15 | J | | |
| 107. -Deutsche X Trackers Harvest CSI 300 China A SHS ETF | | None | K | T | Buy | 06/26/15 | K | | |
| 108. | | | | | Buy (add'l) | 07/07/15 | J | | |
| 109. | | | | | Sold (part) | 12/28/15 | J | | |
| 110. | | | | | Sold (part) | 12/28/15 | J | | |
| 111. -Discover Financial Svcs | | None | | | Sold | 12/11/15 | J | | |
| 112. -Dot Hill Systems Corp | | None | | | Buy | 06/03/15 | J | | |
| 113. | | | | | Buy (add'l) | 06/03/15 | J | | |
| 114. | | | | | Buy (add'l) | 06/03/15 | J | | |
| 115. | | | | | Buy (add'l) | 06/26/15 | J | | |
| 116. | | | | | Buy (add'l) | 06/26/15 | J | | |
| 117. | | | | | Buy (add'l) | 06/26/15 | J | | |
| 118. | | | | | Sold | 08/19/15 | K | | |
| 119. -First Trust Dorsey Wright Focus 5 Etf | A | Dividend | K | T | Buy | 01/27/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 11/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Goodyear Tire & Rubber Company | | None | K | T | Buy | 04/23/15 | K | | |
| 121. -Gopro Inc CL A | | None | K | T | Buy | 08/06/15 | K | | |
| 122. | | | | | Buy (add'l) | 10/08/15 | K | | |
| 123. -HCA Holdings Inc | | None | | | Sold | 12/24/15 | J | | |
| 124. -Iron Mountain Inc New | | None | | | Buy | 04/27/15 | K | | |
| 125. | | | | | Buy (add'l) | 04/27/15 | J | | |
| 126. | | | | | Sold | 05/14/15 | K | | |
| 127. -Ishares 7-10yr Treasury Bond ETF | A | Dividend | | | Buy | 01/27/15 | K | | |
| 128. | | | | | Sold | 06/15/15 | K | | |
| 129. -Ishares Russell Mid Cap Growth ETF | A | Dividend | K | T | | | | | |
| 130. -Ishares S&P Small Cap 600 Growth ETF | A | Dividend | K | T | | | | | |
| 131. -Ishares Iboxx $ High Yield Corp Bond ETF | B | Dividend | | | Buy | 01/27/15 | J | | |
| 132. | | | | | Buy (add'l) | 01/27/15 | J | | |
| 133. | | | | | Sold | 12/11/15 | K | | |
| 134. -JetBlue Airways Corp | | None | K | T | Buy | 10/22/15 | K | | |
| 135. -Legg Mason BW Alternative Credit CL A (mutual fund) | | None | | | Sold | 12/11/15 | J | | |
| 136. -Lincoln National Corp IN | | None | K | T | Buy | 07/01/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 11/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 08/19/15 | J | | |
| 138. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 139. -Market Vectors Gold Miners Etf (common stock) | | None | | | Buy | 01/27/15 | K | | |
| 140. | | | | | Sold | 03/09/15 | J | | |
| 141. -Mastercard Inc Class A (common stock) | C | Dividend | J | T | Buy (add'l) | 10/08/15 | J | | |
| 142. | | | | | Buy (add'l) | 10/26/15 | K | | |
| 143. -Microsoft Corp (common stock) | A | Dividend | K | T | Buy | 01/27/15 | K | | |
| 144. | | | | | Buy (add'l) | 01/27/15 | J | | |
| 145. -Micron Technology Inc (common stock) | D | Dividend | K | T | Buy | 06/26/15 | K | | |
| 146. | | | | | Sold (part) | 07/14/15 | K | | |
| 147. -Mylan N V Euro | | None | K | T | Buy (add'l) | 04/27/15 | K | | |
| 148. | | | | | Buy (add'l) | 12/16/15 | K | | |
| 149. -NXP Semiconductors N V | | None | K | T | Buy (add'l) | 07/01/15 | J | | |
| 150. -Powershares Dynamic Biotech & Genome Etf (common stock) | A | Dividend | J | T | Buy | 01/27/15 | K | | |
| 151. -Priceline Group Inc (common stock) | | None | J | T | | | | | |
| 152. -Rydex Guggenheim S&P 500 Equal Weighted Index ETF | A | Dividend | J | T | Buy | 01/27/15 | K | | |
| 153. -Rydex Guggenheim S&P 500 Equal Weight Health Care Etf | A | Dividend | K | T | Buy | 01/27/15 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 11/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 01/27/15 | J | | |
| 155. -Seadrill Ltd | | None | | | Sold (part) | 04/14/15 | J | | |
| 156. | | | | | Sold | 08/27/15 | J | | |
| 157. -Silver Wheaton Corp | | None | K | T | Buy (add'l) | 05/15/15 | K | | |
| 158. | | | | | Buy (add'l) | 05/15/15 | J | | |
| 159. | | | | | Buy (add'l) | 06/01/15 | J | | |
| 160. -Sirona Dental Systems Inc. (common stock) | C | Dividend | | | Sold | 05/08/15 | K | | |
| 161. -Stratasys Ltd | | None | | | Sold (part) | 01/29/15 | J | | |
| 162. | | | | | Sold | 09/30/15 | J | | |
| 163. -Synaptic Inc. | | None | | | Sold | 11/06/15 | J | | |
| 164. -Tsakos Energy Navigation Ltd | | None | K | T | Buy | 01/06/15 | J | | |
| 165. | | | | | Buy (add'l) | 06/04/15 | J | | |
| 166. | | | | | Buy (add'l) | 07/06/15 | J | | |
| 167. -TRW Automotive Holdings Corp (common stock) | D | Dividend | | | Sold | 03/04/15 | K | | |
| 168. -Tesla Motors Inc (common stock) | D | Dividend | | | Sold | 01/07/15 | K | | |
| 169. -Toyota Motor Corp Sponsored Adr (common stock) | D | Dividend | K | T | Sold (part) | 09/02/15 | K | | |
| 170. -3D Systems Corp Del New (common stock) | | None | J | T | Sold (part) | 04/15/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 11/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -United Continental Hldgs Inc (common stock) | | None | K | T | Buy | 02/20/15 | J | | |
| 172. | | | | | Sold (part) | 05/08/15 | J | | |
| 173. | | | | | Sold (part) | 10/22/15 | K | | |
| 174. -Valero Energy Corp (common stock) | A | Dividend | K | T | | | | | |
| 175. -Western Refining Inc. | | None | | | Buy | 04/23/15 | K | | |
| 176. | | | | | Sold | 06/10/15 | K | | |
| 177. -Yahoo Inc. (common stock) | | None | | | Buy | 01/28/15 | K | | |
| 178. | | | | | Sold | 06/10/15 | K | | |
| 179. Fremont Street | E | Distribution | M | U | | | | | |
| 180. IP Building | D | Distribution | M | U | | | | | |
| 181. Fort Apache Plaza LLC | | None | L | U | | | | | |
| 182. Mutual Global Discovery (mutual fund) | B | Int./Div. | | | Sold | 06/15/15 | K | | |
| 183. Cash MCR 401k Profit Sharing | | None | | | Sold | 09/15/15 | J | | |
| 184. TRUST #2A | | | | | | | | | |
| 185. -Legg Mason BW Alternative Credit CL A - mutual fund | A | Dividend | | | Sold | 12/11/15 | J | | |
| 186. -Blackrock Muniyield Quality Fund III Inc, -common stock | A | Dividend | J | T | | | | | |
| 187. -Delta Airlines Inc-common stock | B | Dividend | J | T | Sold (part) | 08/04/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 11/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Toyota Motor Corp Sponsored ADR- common stock | B | Dividend | | | Sold | 09/02/15 | J | | |
| 189. -TE Connectivity LTD-common stock | B | Dividend | | | Sold | 04/24/15 | J | | |
| 190. -Goldman Sachs Group Inc.-common stock | A | Dividend | | | Sold | 01/29/15 | J | | |
| 191. -Cooper Cos Inc new | | None | | | Buy | 05/01/15 | J | | |
| 192. | | | | | Sold (part) | 05/08/15 | J | | |
| 193. | | | | | Sold (part) | 05/08/15 | J | | |
| 194. | | | | | Sold | 11/19/15 | J | | |
| 195. -Cooper Tire & Rubber Company | | None | J | T | Buy | 12/18/15 | J | | |
| 196. -Crown Castle Intl Corp -common stock | A | Dividend | J | T | Sold (part) | 01/06/15 | J | | |
| 197. -ING Groep N.V Sponsored -common stock | A | Dividend | | | Sold | 02/18/15 | J | | |
| 198. -KKR & Company Del Com Units -common stock | A | Dividend | | | Sold (part) | 03/25/15 | J | | |
| 199. | | | | | Sold | 05/21/15 | J | | |
| 200. -McKesson Corp-common stock | A | Dividend | J | T | | | | | |
| 201. -Reynolds American Inc. -common stock | A | Dividend | J | T | | | | | |
| 202. -Synaptics Inc-common stock | B | Dividend | | | Sold | 11/16/15 | J | | |
| 203. -Telus Corp-common stock | A | Dividend | | | Sold | 05/15/15 | J | | |
| 204. -Valero Energy Corp | | None | J | T | Buy | 04/23/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. -Verifone Systems Inc.-common stock | | None | J | T | Buy (add'l) | 04/08/15 | J | | |
| 206. -Verizon Communications Inc. -common stock | A | Dividend | J | T | | | | | |
| 207. -Vertex Pharmaceuticals Inc. | | None | J | T | Buy | 06/19/15 | J | | |
| 208. -Ace Ltd-common stock | A | Dividend | J | T | Buy (add'l) | 06/25/15 | J | | |
| 209. | | | | | Sold (part) | 07/01/15 | J | | |
| 210. -Alps Alerian Mlp Etf-common stock | A | Dividend | | | Sold | 11/19/15 | J | | |
| 211. -Allstate Corp | | None | | | Buy | 03/11/15 | J | | |
| 212. | | | | | Sold | 05/22/15 | J | | |
| 213. -Anheuser Busch Inbev SA/NV--common stock | A | Dividend | J | T | | | | | |
| 214. -Apple Inc. -common stock | A | Dividend | J | T | | | | | |
| 215. -AutoZone Inc | | None | J | T | Buy | 06/19/15 | J | | |
| 216. -Calpine Corp -common stock | A | Dividend | | | Sold | 02/18/15 | J | | |
| 217. -Corrections Corp Amer-common stock | A | Dividend | | | Buy (add'l) | 05/04/15 | J | | |
| 218. | | | | | Sold | 10/08/15 | J | | |
| 219. -Walt Disney Co-common stock | A | Dividend | J | T | Sold (part) | 04/08/15 | J | | |
| 220. | | | | | Sold (part) | 08/20/15 | J | | |
| 221. -Discover Financial Svcs -common stock | A | Dividend | | | Buy | 02/18/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 11/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold | 12/11/15 | J | | |
| 223.  -Express Scripts Hldg Company | | None | J | T | Buy | 04/27/15 | J | | |
| 224. | | | | | Buy (add'l) | 06/03/15 | J | | |
| 225.  -Facebook Inc. CL A | | None | J | T | Buy | 04/16/15 | J | | |
| 226. | | | | | Buy (add'l) | 08/21/15 | J | | |
| 227.  -HCA Holdings Inc. -common stock | B | Dividend | | | Sold (part) | 07/01/15 | J | | |
| 228. | | | | | Sold | 12/24/15 | J | | |
| 229.  -Amerprise Cash | A | Int./Div. | J | T | | | | | |
| 230.  -Lyondellbasell Industries | | None | | | Sold | 01/15/15 | J | | |
| 231.  TRUST #2B | | | | | | | | | |
| 232.  -AT&T Inc. (common stock) | B | Dividend | J | T | | | | | |
| 233.  -General Electric Co (common stock) | B | Dividend | K | T | | | | | |
| 234.  -Pfizer Inc (common stock) | B | Dividend | J | T | Buy | 02/09/15 | J | | |
| 235. | | | | | Buy | 08/26/15 | J | | |
| 236.  -Philip Morris Int'l Inc (common stock) | B | Dividend | K | T | | | | | |
| 237.  -Royal Dutch Shell PLC Cl B (common stock) | B | Dividend | J | T | Buy (add'l) | 07/02/15 | J | | |
| 238. | | | | | Sold (part) | 11/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 36

Name of Person Reporting

Gan, Scott H.

Date of Report

11/04/2016

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Cash-Morgan Stanley | A | Int./Div. | L | T | | | | | |
| 240. -Allstate Corp (preferred stock) | C | Dividend | J | T | | | | | |
| 241. -Citigroup Inc. 5.80% Series C (preferred stock) | C | Dividend | J | T | | | | | |
| 242. -JP Morgan Chase & Co (preferred stock) | D | Dividend | J | T | | | | | |
| 243. -Regions Finl Corp (preferred stock) | B | Dividend | J | T | | | | | |
| 244. -Zions Bancorp (preferred stock) | B | Dividend | J | T | | | | | |
| 245. -JP Morgan Income Builder A (mutual fund) | B | Dividend | J | T | | | | | |
| 246. -Nuveen Preferred Sec 1 (mutual fund) | A | Dividend | | | Sold | 07/20/15 | J | | |
| 247. -Nuveen Symphony Credit Oppt 1 (mutual fund) | A | Dividend | J | T | Sold (part) | 07/27/15 | J | | |
| 248. -Thornburg Inv Inc Builder 1 (mutual fund) | E | Dividend | J | T | | | | | |
| 249. -Amazon Com Inc. (common stock) | C | Dividend | K | T | | | | | |
| 250. -Chevron Corp (common stock) | A | Dividend | J | T | Buy (add'l) | 07/08/15 | J | | |
| 251. | | | | | Buy (add'l) | 07/20/15 | J | | |
| 252. | | | | | Sold (part) | 08/27/15 | K | | |
| 253. -Conocophillips (common stock) | | None | J | T | Buy | 08/27/15 | J | | |
| 254. -Cisco Sys Inc. (common stock) | C | Dividend | J | T | | | | | |
| 255. -Eli Lilly & Co (common stock) | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -Exxon Mobile Corp (common stock) | A | Dividend | J | T | | | | | |
| 257. -Alphabet Inc. (common stock) formerly known as Google Inc. | B | Dividend | J | T | Buy (add'l) | 07/06/15 | J | | |
| 258. | | | | | Sold (part) | 11/25/15 | J | | |
| 259. -Infoblox Inc. | | None | | | Sold | 01/22/15 | J | | |
| 260. -Int'l Business Machines Corp (common stock) | A | Dividend | | | Sold | 11/25/15 | J | | |
| 261. -Johnson & Johnson (common stock) | B | Dividend | J | T | Buy (add'l) | 07/08/15 | J | | |
| 262. -Linkedin Corp-A (common stock) | C | Dividend | J | T | | | | | |
| 263. -McDonalds Corp (common stock) | B | Dividend | J | T | Sold (part) | 10/15/15 | J | | |
| 264. -Occidental Petroleum Corp DE (common stock) | | None | | | Buy | 08/27/15 | J | | |
| 265. -Procter & Gamble (common stock) | B | Dividend | J | T | | | | | |
| 266. -Southwest Gas Corp (common stock) | B | Dividend | | | Sold | 09/29/15 | J | | |
| 267. -Alerian Mlp Etf (common stock) | D | Dividend | K | T | Buy (add'l) | 07/20/15 | J | | |
| 268. -James Bal Gldn Rainbow Inst (mutual fund) | E | Dividend | M | T | Sold (part) | 12/04/15 | K | B | |
| 269. -Lateef Fund I (mutual fund) | E | Dividend | L | T | Sold (part) | 12/10/15 | J | D | |
| 270. -Nuveen Hi Yield Muni Bond I (mutual fund) | E | Dividend | L | T | | | | | |
| 271. -Thornburg Global Opprt I (mutual fund) | F | Dividend | M | T | | | | | |
| 272. -Adecoagro SA (common stock) | B | Dividend | J | T | Sold (part) | 03/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 11/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 11/05/15 | J | | |
| 274. | | | | | Sold (part) | 11/06/15 | J | | |
| 275.  -Aegon Nv Adr (common stock) | B | Dividend | | | Sold | 05/28/15 | J | | |
| 276.  -AES Corp (common stock) | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 277. | | | | | Sold (part) | 11/13/15 | J | | |
| 278. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 279.  -Agrium Inc. (common stock) | B | Dividend | | | Sold (part) | 02/26/15 | J | | |
| 280. | | | | | Sold | 02/27/15 | J | | |
| 281.  -Aetna Inc (common stock) | A | Dividend | J | T | Buy | 01/07/15 | J | | |
| 282. | | | | | Buy (add'l) | 07/30/15 | J | | |
| 283. | | | | | Sold (part) | 11/13/15 | J | | |
| 284. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 285.  -Ageas Sponsored Adr (common stock) | | None | J | T | Buy | 10/08/15 | J | | |
| 286. | | | | | Buy (add'l) | 12/09/15 | J | | |
| 287.  -Ally Financial Inc (common stock) | | None | J | T | Buy | 12/02/15 | J | | |
| 288. | | | | | Buy (add'l) | 12/03/15 | J | | |
| 289.  -Alstom Adr (common stock) | A | Dividend | | | Sold | 03/05/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -Amer Int' Gp Inc (common stock) | C | Dividend | K | T | Sold (part) | 03/09/15 | J | | |
| 291. | | | | | Sold (part) | 05/28/15 | J | | |
| 292. -Andersons Inc. | | None | J | T | Buy (add'l) | 04/16/15 | J | | |
| 293. | | | | | Buy (add'l) | 04/16/15 | J | | |
| 294. | | | | | Buy (add'l) | 04/20/15 | J | | |
| 295. | | | | | Buy (add'l) | 08/11/15 | J | | |
| 296. | | | | | Sold (part) | 11/13/15 | J | | |
| 297. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 298. -Apache Corp (common stock) | A | Dividend | J | T | Sold (part) | 08/26/15 | J | | |
| 299. | | | | | Sold (part) | 11/13/15 | J | | |
| 300. | | | | | Buy | 12/14/15 | J | | |
| 301. -Apple Inc. | | None | J | T | Buy | 08/20/15 | J | | |
| 302. -Archer Daniels Midland (common stock) | A | Dividend | J | T | Buy (add'l) | 03/06/15 | J | | |
| 303. | | | | | Sold (part) | 11/13/15 | J | | |
| 304. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 305. -Arkema Spons Adr (common stock) | | None | J | T | Buy | 07/01/15 | J | | |
| 306. | | | | | Sold | 11/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy | 12/14/15 | J | | |
| 308. -Axis Capital Holdings Ltd (common stck) | A | Dividend | J | T | | | | | |
| 309. -Baxalta Inc. Com (common stock) | | None | J | T | Buy | 09/02/15 | J | | |
| 310. | | | | | Buy (add'l) | 09/28/15 | J | | |
| 311. | | | | | Buy (add'l) | 10/08/15 | J | | |
| 312. | | | | | Sold (part) | 11/13/15 | J | | |
| 313. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 314. -Bayer AG Spon Adr (common stock) | | None | | | Buy | 05/08/15 | J | | |
| 315. | | | | | Sold | 10/08/15 | J | | |
| 316. -Best Buy Co (common stock) | B | Dividend | J | T | Buy (add'l) | 08/11/15 | J | | |
| 317. | | | | | Sold (part) | 10/05/15 | J | | |
| 318. | | | | | Buy (add'l) | 11/19/15 | J | | |
| 319. -BHP Billiton Ltd (common stock) | | None | J | T | Buy | 05/01/15 | J | | |
| 320. | | | | | Buy (add'l) | 09/09/15 | J | | |
| 321. | | | | | Sold (part) | 11/13/15 | J | | |
| 322. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 323. -BRF Brasil Foods S A Spon Adr (common stock) | | None | J | T | Buy | 11/10/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 11/11/15 | J | | |
| 325. | | | | | Buy (add'l) | 11/11/15 | J | | |
| 326. | | | | | Buy (add'l) | 12/30/15 | J | | |
| 327. -Bunge Ltd (common stock) | B | Dividend | J | T | Sold (part) | 01/21/15 | J | | |
| 328. | | | | | Sold (part) | 01/21/15 | J | | |
| 329. | | | | | Sold (part) | 02/10/15 | J | | |
| 330. | | | | | Buy (add'l) | 03/27/15 | J | | |
| 331. | | | | | Sold (part) | 05/07/15 | J | | |
| 332. | | | | | Sold (part) | 05/08/15 | J | | |
| 333. | | | | | Buy (add'l) | 07/31/15 | J | | |
| 334. | | | | | Buy (add'l) | 11/04/15 | J | | |
| 335. | | | | | Sold (part) | 11/13/15 | J | | |
| 336. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 337. -China Mobile Ltd (common stock) | C | Dividend | | | Sold | 05/07/15 | J | | |
| 338. -Citigroup Inc New (common stock) | | None | | | Buy | 02/26/15 | J | | |
| 339. | | | | | Buy (add'l) | 03/03/15 | J | | |
| 340. | | | | | Buy (add'l) | 03/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 11/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 05/28/15 | J | | |
| 342. | | | | | Sold | 08/04/15 | K | | |
| 343. -City Dev Ltd Spon Adr (common stock) | A | Dividend | J | T | Buy | 01/27/15 | J | | |
| 344. | | | | | Buy (add'l) | 01/27/15 | J | | |
| 345. | | | | | Sold | 11/13/15 | J | | |
| 346. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 347. -Companhia De Sanemento Basi (common stock) | A | Dividend | J | T | Buy | 01/28/15 | J | | |
| 348. | | | | | Sold (part) | 03/23/15 | J | | |
| 349. | | | | | Sold (part) | 11/13/15 | J | | |
| 350. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 351. -Cresud Sa Adr (common stock) | A | Dividend | | | Sold | 11/20/15 | J | | |
| 352. -CSX Corp (common stock) | | None | J | T | Buy | 09/17/15 | J | | |
| 353. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 354. | | | | | Buy (add'l) | 10/08/15 | J | | |
| 355. | | | | | Sold (part) | 11/13/15 | J | | |
| 356. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 357. -Dean Foods Co (common stock) | B | Dividend | | | Sold (part) | 01/21/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold (part) | 02/04/15 | J | | |
| 359. | | | | | Sold (part) | 05/19/15 | J | | |
| 360. | | | | | Sold (part) | 10/20/15 | J | | |
| 361. | | | | | Sold | 10/21/15 | J | | |
| 362. -DSW Inc CL A (common stock) | | None | J | T | Buy | 10/19/15 | J | | |
| 363. | | | | | Sold (part) | 11/13/15 | J | | |
| 364. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 365. -Freeport-McMoran Inc. (common stock) | A | Dividend | J | T | Sold (part) | 11/13/15 | J | | |
| 366. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 367. -Fresh Del Monte Produce Inc (common stock) | C | Dividend | J | T | Sold (part) | 02/23/15 | J | | |
| 368. | | | | | Sold (part) | 03/26/15 | J | | |
| 369. | | | | | Sold (part) | 05/12/15 | J | | |
| 370. | | | | | Sold (part) | 10/27/15 | J | | |
| 371. | | | | | Buy (add'l) | 12/29/15 | J | | |
| 372. -Gazprom O A O Spon Adr (common stock) | | None | | | Sold | 03/09/15 | J | | |
| 373. -General Mtrs Co (common stock) | B | Dividend | J | T | Sold (part) | 10/26/15 | J | | |
| 374. | | | | | Sold (part) | 11/13/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 11/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. -General Electric Co (common stock) | B | Dividend | K | T | | | | | |
| 376. -Goodyear Tire & Rubber | | None | J | T | Buy (add'l) | 02/09/15 | J | | |
| 377. | | | | | Buy (add'l) | 02/09/15 | J | | |
| 378. | | | | | Buy (add'l) | 03/03/15 | J | | |
| 379. | | | | | Sold (part) | 06/04/15 | J | | |
| 380. -Greencore Group Plc Adr (common stock) | | None | J | T | Buy | 11/24/15 | J | | |
| 381. -H Lundbeck as Spon Adr Lev 1 (common stock) | A | Dividend | J | T | Sold (part) | 11/25/15 | J | | |
| 382. -Industrias Bachoco S A Dev C.V. (common stock) | | None | J | T | Buy | 12/29/15 | J | | |
| 383. | | | | | Buy (add'l) | 12/30/15 | J | | |
| 384. -Ingram Micro Inc Cla (common stock) | B | Dividend | K | T | Buy (add'l) | 02/27/15 | J | | |
| 385. | | | | | Buy (add'l) | 03/16/15 | J | | |
| 386. | | | | | Sold (part) | 11/25/15 | J | | |
| 387. -Interpublic Group of Cos Inc (common stock) | A | Dividend | J | T | Buy | 02/13/15 | J | | |
| 388. -Ingredion Inc Com (common stock) | B | Dividend | J | T | Sold (part) | 08/10/15 | J | | |
| 389. | | | | | Sold (part) | 10/26/15 | J | | |
| 390. -Ispen S A Spon Adr (common stock) | C | Dividend | | | Sold (part) | 07/24/15 | J | | |
| 391. | | | | | Sold | 07/31/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. -Iss A S Adr (common stock) | A | Dividend | J | T | Buy | 01/27/15 | J | | |
| 393. | | | | | Buy (add'l) | 01/28/15 | J | | |
| 394. | | | | | Buy (add'l) | 01/29/15 | J | | |
| 395. | | | | | Sold (part) | 10/07/15 | J | | |
| 396. -Japan Stl Wks Ltd (common stock) | | None | | | Sold | 02/09/15 | J | | |
| 397. -KB Financial Grp Inc Sons Adr (common stock) | A | Dividend | | | Sold (part) | 08/12/15 | J | | |
| 398. | | | | | Sold (part) | 08/13/15 | J | | |
| 399. | | | | | Sold (part) | 08/14/15 | J | | |
| 400. | | | | | Sold | 10/08/15 | J | | |
| 401. -Kingfischer Plc Spon Adr (common stock) | | None | J | T | Buy | 02/09/15 | J | | |
| 402. | | | | | Sold (part) | 08/13/15 | J | | |
| 403. -Koninklijke Phil El Sp Adr New (common stock) | | None | J | T | Buy | 10/26/15 | J | | |
| 404. | | | | | Buy (add'l) | 10/28/15 | J | | |
| 405. -KBR Inc. (common stock) | A | Dividend | | | Sold | 01/08/15 | J | | |
| 406. -KT Corp Spon Adr (common stock) | | None | J | T | Buy | 02/04/15 | J | | |
| 407. | | | | | Sold (part) | 10/28/15 | J | | |
| 408. | | | | | Sold (part) | 11/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 410. -Loews Corporation (common stock) | A | Dividend | J | T | Sold (part) | 03/03/15 | J | | |
| 411. | | | | | Sold (part) | 03/16/15 | J | | |
| 412. -Merck & Co In (common stock) | B | Dividend | J | T | Sold (part) | 03/31/15 | J | | |
| 413. -Mitsubishi Tanbe Phrm Cp Adr (common stock) | B | Dividend | | | Sold | 02/12/15 | J | | |
| 414. -Micron Tech Inc. | | None | J | T | Buy | 03/09/15 | J | | |
| 415. | | | | | Buy (add'l) | 07/15/15 | J | | |
| 416. | | | | | Sold (part) | 11/13/15 | J | | |
| 417. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 418. -Mitie Group Plc Unspon Adr | | None | J | T | Buy | 03/11/15 | J | | |
| 419. | | | | | Buy (add'l) | 03/12/15 | J | | |
| 420. | | | | | Buy (add'l) | 04/07/15 | J | | |
| 421. -Mitsui & Co Ltd Adr (common stock) | D | Dividend | | | Sold (part) | 02/06/15 | J | | |
| 422. | | | | | Sold | 02/06/15 | J | | |
| 423. -MS&AD Ins Gropup Hldgs Adr (common stock) | B | Dividend | K | T | Sold (part) | 09/09/15 | J | | |
| 424. -Mylan N V (common stock) | | None | J | T | Buy | 10/05/15 | J | | |
| 425. -Nippon Telegraph & Telephone Ads (common stock) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 11/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. -Novartis Ag Adr (common stock) | C | Dividend | J | T | Sold (part) | 01/07/15 | J | | |
| 427. | | | | | Sold (part) | 02/18/15 | J | | |
| 428. -NRG Energy Inc | | None | J | T | Buy | 03/20/15 | J | | |
| 429. | | | | | Buy (add'l) | 03/23/15 | J | | |
| 430. | | | | | Buy (add'l) | 08/12/15 | J | | |
| 431. | | | | | Sold (part) | 11/13/15 | J | | |
| 432. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 433. -Oracle Corp (common stock) | A | Dividend | K | T | Sold (part) | 11/13/15 | J | | |
| 434. | | | | | Sold (part) | 12/14/15 | J | | |
| 435. -Petrobras Argentina S A Spon (common stock) | A | Dividend | J | T | Sold (part) | 11/13/15 | J | | |
| 436. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 437. -Ping An Insurance Adr (common stock) | | None | | | Sold (part) | 01/27/15 | J | | |
| 438. | | | | | Sold | 02/06/15 | J | | |
| 439. -Posco Ads (common stock) | | None | J | T | Sold (part) | 11/13/15 | J | | |
| 440. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 441. -Rentokil Group Plc Sp Adr (common stock ) | C | Dividend | | | Sold | 06/30/15 | J | | |
| 442. -Roche Holdings Adr (common stock) | A | Dividend | J | T | Buy | 02/18/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 36

**Name of Person Reporting**

Gan, Scott H.

**Date of Report**

11/04/2016

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Buy (add'l) | 03/31/15 | J | | |
| 444.  -Royal BK Scotland Group SP Adr | | None | | | Buy | 04/30/15 | J | | |
| 445. | | | | | Buy (add'l) | 05/28/15 | J | | |
| 446. | | | | | Buy (add'l) | 05/29/15 | J | | |
| 447. | | | | | Sold | 08/04/15 | J | | |
| 448.  -Sanofi Adr (common stock) | A | Dividend | J | T | Sold (part) | 11/13/15 | J | | |
| 449. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 450.  -Seadrill Ltd | | None | | | Sold | 02/17/15 | J | | |
| 451.  -Sekisui House Ltd Adr (common stock) | B | Dividend | | | Sold | 07/14/15 | J | | |
| 452.  -Seven & 1 Hldgs Co Ltd Adr (common stock) | B | Dividend | | | Sold (part) | 09/29/15 | J | | |
| 453. | | | | | Sold | 09/29/15 | J | | |
| 454.  -South32 Ltd Adr | | None | | | Sold (part) | 05/29/15 | J | | |
| 455. | | | | | Sold | 06/22/15 | J | | |
| 456.  -Sumitomo Mitsui Tr Hldgs Inc (common stock) | A | Dividend | J | T | Buy | 02/06/15 | J | | |
| 457. | | | | | Sold (part) | 11/13/15 | J | | |
| 458. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 459.  -Symantec Corp (common stock) | A | Dividend | | | Sold | 08/04/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 36

Name of Person Reporting

Gan, Scott H.

Date of Report

11/04/2016

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. -Tata Motors Ltd (common stock) | C | Dividend | | | Sold | 01/29/15 | J | | |
| 461. -Tate & Lyle PLC Spon | | None | | | Buy | 02/19/15 | J | | |
| 462. | | | | | Sold (part) | 08/27/15 | J | | |
| 463. | | | | | Sold | 08/27/15 | J | | |
| 464. -Tech Data Corp (common stock) | | None | J | T | | | | | |
| 465. -Telenor Asa Ads (common stock) | A | Dividend | J | T | Sold (part) | 05/28/15 | J | | |
| 466. | | | | | Sold (part) | 07/24/15 | J | | |
| 467. | | | | | Sold (part) | 11/13/15 | J | | |
| 468. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 469. -Telefonica Sa Adr (common stock) | A | Dividend | J | T | Buy | 01/21/15 | J | | |
| 470. | | | | | Sold (part) | 04/20/15 | J | | |
| 471. | | | | | Sold (part) | 08/06/15 | J | | |
| 472. | | | | | Sold (part) | 11/13/15 | J | | |
| 473. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 474. -Tesco Plc Sponsored Adr (common stock) | | None | | | Sold (part) | 10/08/15 | J | | |
| 475. | | | | | Sold | 10/30/15 | J | | |
| 476. -Teva Pharmaceutical Adr (common stock) | D | Dividend | J | T | Sold (part) | 04/20/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Sold (part) | 07/14/15 | J | | |
| 478. | | | | | Sold (part) | 07/30/15 | J | | |
| 479. | | | | | Sold (part) | 12/01/15 | J | | |
| 480. -Time Inc (common stock) | A | Dividend | J | T | Sold (part) | 11/13/15 | J | | |
| 481. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 482. -TNT Express NV (common stock) | B | Dividend | | | Sold | 04/08/15 | J | | |
| 483. -TSB Bkg Group Plc Adr Repstg (common stock) | B | Dividend | | | Buy | 01/06/15 | J | | |
| 484. | | | | | Sold | 03/20/15 | J | | |
| 485. -Turkcell Iletism Hizm as New (common stock) | C | Dividend | J | T | Sold (part) | 01/22/15 | J | | |
| 486. | | | | | Sold (part) | 01/23/15 | J | | |
| 487. | | | | | Buy (add'l) | 03/23/15 | J | | |
| 488. | | | | | Buy (add'l) | 10/21/15 | J | | |
| 489. -Tyson Foods Inc Cl a (common stock) | B | Dividend | J | T | Buy (add'l) | 03/16/15 | J | | |
| 490. | | | | | Buy (add'l) | 04/15/15 | J | | |
| 491. | | | | | Sold (part) | 11/10/15 | J | | |
| 492. | | | | | Sold (part) | 11/16/15 | J | | |
| 493. | | | | | Sold (part) | 12/09/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 36

Name of Person Reporting

Gan, Scott H.

Date of Report

11/04/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Sold (part) | 12/30/15 | J | | |
| 495. -UBS Group as SHS (common stock) | B | Dividend | K | T | Buy | 01/14/15 | J | | |
| 496. | | | | | Sold (part) | 06/04/15 | J | | |
| 497. | | | | | Buy (add'l) | 11/05/15 | J | | |
| 498. -Vallourec Sa New Spon Adv (common stock) | | None | | | Sold | 01/14/15 | J | | |
| 499. -WH Group Ltd (common stock) | | None | J | T | Buy | 07/14/15 | J | | |
| 500. | | | | | Sold (part) | 11/13/15 | J | | |
| 501. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 502. -YPF Sociedad Ads Rep 1 Cl-D Sh | | None | J | T | Buy | 04/10/15 | J | | |
| 503. | | | | | Buy (add'l) | 04/13/15 | J | | |
| 504. | | | | | Buy (add'l) | 04/14/15 | J | | |
| 505. | | | | | Buy (add'l) | 04/15/15 | J | | |
| 506. | | | | | Buy (add'l) | 05/29/15 | J | | |
| 507. | | | | | Sold (part) | 11/13/15 | J | | |
| 508. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 509. -Centrais Elec Bras Adr Pref (preferred stock) | | None | | | Sold (part) | 01/13/15 | J | | |
| 510. | | | | | Sold (part) | 01/14/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 11/04/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Sold (part) | 04/09/15 | J | | |
| 512. | | | | | Sold | 04/10/15 | J | | |
| 513. -CenturyLink Inc (common stock) | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 514. | | | | | Buy (add'l) | 07/24/15 | J | | |
| 515. | | | | | Sold (part) | 11/13/15 | J | | |
| 516. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 517. -Morgan Stanley Private Bank | A | Int./Div. | J | T | | | | | |
| 518. Golf Link Green Building LLC | D | Distribution | K | U | | | | | |
| 519. | | | | | | | | | |
| 520. | | | | | | | | | |
| 521. | | | | | | | | | |
| 522. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In the initial report dated March 26, 2015, two errors were made in calculation of Income during reporting period in Section VII. Investments and Trust at lines 65 and 66.
Line 65, Column B(1)A= 259 N. Meyer Assoc II, Column B(2)= F (initial report listed as E), Column C=Distribution and
Line 66, Column A(1) = 285-295 N. Meyer Ave, LLC, Column B(2) = E (initial report listed as C), Column C=Distribution.

In the initial report dated March 26, 2015, regarding Dreyfus Cash Management Administrative Shares, Line 2 , Part VII: information regarding Column C- Gross value at end of reporting period was inadvertently not reported. C(1) is amended to L and C(2) is amended to T.

On the original 2015 Report filed May 29, 2016, Line 85 re ACE Ltd. This item was inadvertently left on report. This item is not included in Trust 1 but is included in Trust 2A at line 208 and 209.

On the original 2015 Report filed May 29, 2016, Line 230, Part VII. Investments and Trusts. Vodafone Group PLC new sponsored ADR No Par Common stock was sold on November 20, 2014 with a dividend declared in November, 2014 but was paid February, 2015. Information contained in Column B (1) - A and Column B(2)- Dividend.

# FINANCIAL DISCLOSURE REPORT

Page 36 of 36

Name of Person Reporting

Gan, Scott H.

Date of Report

11/04/2016

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Scott H. Gan

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544